JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD BAINES,<br><br>    Petitioner,<br><br>    v.<br><br>THERESA CISNEROS,<br><br>    Respondent. | Case No. CV 22-05123 FMO (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 8th day of August, 2022.

                                                         /s/<br>
                                       Fernando M. Olguin<br>
                                   United States District Judge